No. 04–444.  PICCIOTTO ET AL. v. GILLERAN ET AL.  App. Ct. Mass.  Certiorari denied.

No. 04–447.  CLISSURAS v. CONCORD VILLAGE OWNERS, INC., ET AL.  Ct. App. N. Y.  Certiorari denied.

No. 04–452.  CLINTON v. CITY OF ATLANTA, GEORGIA.  C. A. 11th Cir.  Certiorari denied.

No. 04–459.  MATTMILLER v. MINNESOTA.  Ct. App. Minn. Certiorari denied.

No. 04–460.  NATIONAL LEAGUE OF CITIES ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 04–465.  BENCHIMOL v. URRUTIA.  Sup. Ct. Fla.  Certiorari denied.

No. 04–472.  H&R BLOCK, INC., ET AL. v. MCNULTY ET AL. Super. Ct. Pa.  Certiorari denied.

No. 04–475.  ALBURQUERQUE-RIVERA v. ASHCROFT, ATTORNEY GENERAL.  C. A. 9th Cir.  Certiorari denied.

No. 04–481.  ENEWALLY ET UX. v. WASHINGTON MUTUAL BANK.  C. A. 9th Cir.  Certiorari denied.

No. 04–496.  BRENEMAN ET AL. v. UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 04–502.  VALLONE ET AL. v. CNA FINANCIAL CORP., AKA CNA CASUALTY OF ILLINOIS, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 04–504.  BRAKKEN v. HOYME.  Sup. Ct. Wis.  Certiorari denied.

No. 04–511.  REES v. CITY OF GLENDALE, CALIFORNIA, ET AL. App. Div., Super. Ct. Cal., County of Los Angeles.  Certiorari denied.